UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:03cr231-FDW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff | ) | |
| v. | ) | **ORDER** |
| **BARRAGAN ET AL,** | ) | |
| Defendant | ) | |

This **MATTER** is before the Court on its own motion to administratively close the case as to following defendants: **ROBERT CARRILLO DIAZ (4) and OMAR JONZALEZ (17)** . The defendants appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ordered that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendants.

Signed: April 26, 2011

Frank D. Whitney
United States District Judge